# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

DORIS CRAYTON,

        Plaintiff,

v.

RELIANT CAPITAL SOLUTIONS, AND DOES 1-10, INCLUSIVE,

        Defendants.

8:13-cv-00150-JFB-TDT

## ORDER OF DISMISSAL

WHEREAS, having filed a notice of dismissal with prejudice, and cause appearing,

IT IS ORDERED dismissing this matter with prejudice, all parties to bear their own costs and attorneys' fees.

DATED this 22nd day of October, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
U.S. District Court Judge